# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| IN RE: | Case No: 11-46538-399  Chapter 13 |
| WILLIAM E SIFFORD | Hearing Date: 08/24/2011 |
| CRISTIANE G SIFFORD | Hearing Time: 10:00 am |
| | Location: St. Louis, Room 5 North |
| Debtors | |

## WITHDRAWAL OF TRUSTEE'S OBJECTIONS TO CONFIRMATION OF PLAN

**COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and withdraws all of his objections to confirmation of the plan previously filed in the above-referenced case.

Dated: August 09, 2011
WDOCNF--KLW

/s/ John V. Labarge, Jr., Chapter 13 Trustee
John V. Labarge, Jr., Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

Copy Thru Court's ECF or Mail to:

WILLIAM E SIFFORD
CRISTIANE G SIFFORD
9532 MIRIAM AVE
SAINT LOUIS, MO  63114

LEGAL HELPERS PC
515 OLIVE ST
STE 702
ST LOUIS, MO  63101